IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL ANGEL RIVERA GARCIA

DEBTOR

CASE NO 22-01976/EAG

CHAPTER 13

**MOTION FOR CONTINUATION OF THE AUTOMATIC STAY**

**TO THE HONORABLE COURT:**

COMES NOW, **MIGUEL ANGEL RIVERA GARCIA,** he Debtor in the above captioned case, through the undersigned attorney, and very respectfully states, alleges and prays as follow:

1. The Debtor Miguel Angel Rivera Garcia hereby respectfully moves the Court pursuant to Section 362(c)(3)(B), 11 U.S.C. Section 362(c)(3)(B), for an Order continuing the automatic stay provided under section 362(a) as to all creditors. In support of this motion, the Debtor states as follows:

2. The Debtor had previously filed a petition under Chapter 13 which was dismissed on March 30, 2022, *Order Dismissing Case*, Docket No. 84.

3. The Debtor's previous case was dismissed for Debtor's failure to maintain current Plan payments to the Chapter 13 Trustee. See: *Trustee's Motion to Dismiss*, Docket No. 78.

4. The reason for having incurred in such Plan arrears in the Debtor's previous Chapter 13 case was due to an increase in the Debtor's household expenses including extraordinary medical expenses incurred by the Debtor resulting in the aforementioned arrears.

5. The Debtor has special circumstances and changes that will allow him to complete his new Chapter 13 Plan.

6. The petition in this case has been filed in good faith. The Debtor believes that the Chapter 13 Plan submitted in this new case will be confirmed and that he will be able to fully perform under the terms of the Plan.

7. The Debtor's prior chapter 13 case was the only previous case by the Debtor that was pending during the preceding year.

8. The Debtor's prior Chapter 13 case was not dismissed because the Debtor failed to file or amend his petition or any required documents during the preceding year.

9. The Debtor's prior Chapter 13 case was not dismissed at a time when there had been a motion for relief that was pending before the Court or resolved with an order terminating, conditioning or limiting the stay.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court continue the automatic stay under section 362 (a) as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under section 362 (c) (1) or (c) (2), or a motion for relief is granted under section 362 (d).

## NOTICE

**You are notified that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted**

unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY:** That a copy of this motion has been served to the Chapter 13 Trustee, José Ramón Carrión, Esq., US Trustee Office; Juan C Fortuño Fas, Esq., Fortuño & Fortuño Fas, C.S.P., Counsel for US Rural Development, PO Box 9300, Santurce PR 00908, using the CM/ECF system which will send notifications of the same to all CM/ECF participants; I also certify that a copy of this motion was sent via Regular US Mail to all creditors and parties in interest (non-CM/ECF participants) as per the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico this 11th day of July, 2022.

*/s/Roberto Figueroa-Carrasquillo*
USDC #203614
ATTORNEY FOR the DEBTOR
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
PO BOX 186 CAGUAS PR 00726
TEL No. 787- 744-7699; 787-963-7699
EMAIL: rfc@rfigueroalaw.com

| Label Matrix for local noticing<br>0104-3<br>Case 22-01976-EAG13<br>District of Puerto Rico<br>Old San Juan<br>Mon Jul 11 09:40:25 AST 2022 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AAA<br>PO Box 70101<br>San Juan, PR 00936-8101 |
|---|---|---|
| American InfoSource<br>T-Mobile<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Department of Treasury<br>Bankruptcy Section<br>PO Box 9024140<br>San Juan, PR 00902-4140 | (p)LUMA ENERGY<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 |
| Midland Funding LLC<br>PO Box 4457<br>Houston, TX 77210-4457 | Oriental Bank<br>PO Box 195115<br>San Juan, PR 00919-5115 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| USDA Rural Development<br>PO Box 366106<br>San Juan, PR 00936-6106 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MIGUEL ANGEL RIVERA GARCIA<br>URB DIAMARIS 330 CRISANTEMOS STREET<br>JUNCOS, PR 00777-3930 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Luma Energy<br>PO Box 364267<br>San Juan, PR 00936 | End of Label Matrix<br>Mailable recipients 13<br>Bypassed recipients 0<br>Total 13 |
|---|---|