# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **MIGUEL ANGEL RIVERA GARCIA**<br>SSN xxx-xx-6059<br><br>Debtor(s) | CASE NO: **22-01976-EAG**<br><br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **07/06/2022**

Days From Petition Date: **36**

910 Days Before Petition: **01/08/2020**

Chapter 13 Plan Date: **07/06/2022** ☐ Amended

This is Debtor(s) 2 Bankruptcy petition.

Payment(s) ☒ Received or ☐ Evidence shown at meeting:

Check/MO# 28062418421

Date: 8/8/2022   Amount: $ 520.00

First Meeting Date: **08/11/2022 at 8:40AM**

341 Meeting Date: **08/11/2022 at 8:40AM**

Confirmation Hearing Date: **09/02/2022 at 2:30PM**

Plan Base: **$31,200.00**   Plan Docket #**4**

This is the 1 scheduled meeting.

Total Paid In: **$0.00**

---

*APPEREANCES:   ☒ Telephone   ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☒ ID & Soc. OK        Joint Debtor: ☐ Present ☐ Absent   ☐ ID & Soc. OK

☒ Examined   ☐ Not Examined under Oath        ☐ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☒ Present

Name of Attorney Present (Other than Attorney of Record):   RFC

☐ Pro-se

☒ Creditor(s) Present        ☐ None

VELEZ-HACIENDA

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**   Paid Pre-Petition: **$570.00**   Outstanding (Through the Plan): **$3,430.00**

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☒ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
                                                                              Projected Disposable Income: $ 0.00

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ 2334.00    Estimated Priority Debt: $ 1233.00

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $1,101.00**

The Trustee:   ☐ NOT OBJECTS   ☑ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: 22 %

§341 Meeting   ☐ CONTINUED   ☐ NOT HELD   ☑ CLOSED

☐ HELD OPEN FOR ____ DAYS until _____ pursuant to 1308. After this date the meeting is deemed CLOSED.

§341 Meeting Rescheduled for:_____

Comments:
_____

---

**\*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE:** LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

Debtor must submit the insurance quote for the vehicle being paid in full through the plan.

[1325(a)(4)] Plan fails Creditors Best Interest Test.

Debtor's property has an estimated value of at least $92,000.00 per comparables.
Also, Debtor's vehicle has an estimated value of $3,500.00.

Part 4: Priority
Debtor's plan fails to include a provision for the payment of the priority debt included in Hacienda's claim no. 1.

**\*OTHER COMMENTS / OBJECTIONS**

Oriental Bank and USDA, secured creditors provided for in the plan, are yet to file their proof of claims. In absence of such claims, Debtor must submit evidence to support the secured status provided for creditors in the case.

Trustee to verify the maturity date of the loan. The loan might mature within the life of the plan.

---

/s/ Jose R. Carrion, Esq.         Meeting Date: Aug 11, 2022
    **Trustee**

/s/ Nannette Godreau, Esq., Presiding Officer

---

Last Docket Verified: 15    Last Claim Verified: 4    **Case Administrator:**   Alexandra Rodriguez