# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MIGUEL ANGEL RIVERA GARCIA** <br> XXX-XX-6059 <br><br> Debtor(s) | Case No.: 22-01976 (EAG) <br><br> Chapter 13 |

## MOTION IN COMPLIANCE WITH COURT ORDER

TO THE HONORABLE COURT:

COMES NOW Standing Chapter 13 Trustee, José R. Carrión, through the undersigned attorney, and very respectfully states and prays as follows:

1. On October 12, 2023, the Trustee filed a Motion to Dismiss for Debtor's failure to make plan payments (Docket 76). At that time, Debtor was $2,080.00 or four payments in arrears with the Trustee, per the terms of the confirmed plan.

2. Debtor responded to the Motion to Dismiss on December 13, 2023 (Docket 46), stating that he had cured all arrears. As evidence, he included copies of the following money orders, which he said were sent to the Trustee for plan payments: (a) money order ending in 9903 for $520.00; (b) money order ending in 0193 for $520.00; (c) money order ending in 0182 for $520.00; (d) money order ending in 0927 for $520.00; (e) money order ending in 0938 for $520.00; and (f) money order ending in 6830 for $520.00.

1

3. On January 11, 2024, this Honorable Court ordered the Trustee to confirm the receipt of the abovementioned payments on or before today, February 1, 2024 (Docket 47).

4. In compliance with such order, the Trustee hereby informs that the only money order that was received was the one ending in 6830 for $520.00. The other money orders were not received. At this time, Debtor is $1,560.00 or three payments in arrears in with the Trustee.

WHEREFORE the Trustee hereby requests that this Honorable Court take notice of the abovementioned.

RESPECTFULLY SUBMITTED

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification TO all CM/ECF participants, including Debtor's attorney and copy of the document was sent via regular mail to the Debtor at his address of record.

In San Juan, Puerto Rico, this 1st day of February, 2024.

**By: /s/ Alexandra Rodríguez Díaz**
**Staff Attorney**
Bar No.: 224,311
**/s/ José R. Carrión**

**JOSE R. CARRION**
CHAPTER 13 TRUSTEE
P.O. Box 9023884
Old San Juan Station

San Juan, P.R. 00902-3884
Tel (787) 977-3535