IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL ANGEL RIVERA GARCIA

DEBTOR

CASE NO 22-01976 EAG

CHAPTER 13

**DEBTOR'S MOTION IN COMPLIANCE WITH *ORDER*, DOCKET NO. 50**

TO THE HONORABLE COURT:

**COMES NOW, MIGUEL ANGEL RIVERA GARCIA,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Chapter 13 Trustee filed a *Motion in Compliance With Court Order*, Docket No. 49, on February 01, 2024, informing that the Debtor is still in arrears in the amount of $1,560.00 and that the Trustee had only received a payment of $520.00, of the evidence sent in the *Debtor's Reply to Trustee's Motion to Dismiss*, Docket No. 46.

2. On February 23, 2024, the Court issued an *ORDER*, Docket No. 50, ordering the Debtor to reply to the Trustee's *Motion in Compliance With Court Order*, Docket No. 49 within 14 days, or the case may be dismissed without further notice or hearing. *ORDER*, Docket No. 50.

3. That the Debtor respectfully states that several of the money orders that had been sent via U.S. Regular Mail to the Chapter 13 Trustee to cure the Plan arrears were "lost in the mail" and the Debtor requested and obtained from the U.S. Postal Service that it issue new postal money orders numbers 29176595054 ($1,000.00) and 29176595055 ($560.00) in substitution of the same. Attached is copy of said money orders x5054 and x5055.

4. That the Debtor sent the "new" money orders to the Chapter 13 Trustees and a payment of $1,560.00 was credited to the Debtor's account with the Trustee on February 26, 2024.

5. The Debtor respectfully informs the Court that he is up-to date in his confirmed Plan payments, in the present case.

6. It is to be noted that on February 28, 2024 the Chapter 13 Trustee filed a *Trustee's Motion to Withdraw Motion to Dismiss (Docket No. 42)*, Docket No. 52, in the above captioned case.

**WHEREFORE,** the Debtor respectfully submits the present motion in compliance with this Court's *ORDER* (Docket No. 50), in the above captioned case.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee and to all CM/ECF participants; and also I certify that I have mailed by United States Postal Service copy of this motion to the following CM/ECF non-participants: the Debtor, Miguel Angel Rivera Garcia, Urb Diamaris 330 Crisantemos Street Juncos PR 00777.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 28th day of February 28, 2024.

/s/***Roberto Figueroa Carrasquillo***
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726-0816
TEL 787-744-7699; 787-963-7699
EMAIL: rfc@rfigueroalaw.com

**UNITED STATES POSTAL SERVICE**  CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION  
NOT NEGOTIABLE

Pay to: Jose R. Carrión Morales
Address: Chapter 13 Trostee
#22-01976 / EAG-13

Serial Number: 29176595054

Year, Month, Day: 24-02-21  Post Office  Amount: $1,000.00  Clerk: 14

KEEP THIS RECEIPT FOR YOUR RECORDS

---

**UNITED STATES POSTAL SERVICE**  CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION  
NOT NEGOTIABLE

Pay to: Jose R. Carrión Morales
Address: Chapter 13 Trostee
#22-01976 / EAG-13

Serial Number: 29176595065

Year, Month, Day: 24-02-21  Post Office  Amount: $560.00  Clerk: 14

KEEP THIS RECEIPT FOR YOUR RECORDS