**IN THE UNITED STATES BANKRUPTCY COURT**
District of Puerto Rico

| | |
|---|---|
| IN RE:<br>**MIGUEL ANGEL RIVERA GARCIA**<br>**aka MIGUEL RIVERA**<br><br>xxx–xx–6059<br><br>Debtor(s) | Case No. **22–01976 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 6/14/24 |

*ORDER*

The motion filed by Debtor requesting extension of time of fourteen (14) days to reply to the Trustee's Motion to Dismiss (docket #58) is hereby granted.

IT SO ORDERED.

In San Juan, Puerto Rico, this Friday, June 14, 2024 .

Edward A. Godoy
United States Bankruptcy Judge